# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133922

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                                   SC:  133922
                                                   COA:  275596
                                                   Genesee CC:  05-016896-FH

JONATHAN PROPES,
        Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the February 16, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk

d0830